Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR BALANZAR and CECELIA LAHR, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>　　　　　Defendant. | CASE No: 3:22-cv-1372-GPC-BGS<br><br>PLAINTIFF'S MOTION FOR DISMISSAL OF PLAINTIFF EMIR BALANZAR, ONLY, WITHOUT PREJUDICE AS TO DEFENDANT FIDELITY BROKERAGE SERVICES, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Hon. Gonzalo P. Curiel |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff EMIR BALANZAR, files this Motion for Dismissal Without Prejudice as to Defendant, FIDELITY BROKERAGE SERVICES, LLC.

Respectfully submitted,

Date: November 29, 2022

SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff