UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR BALANZAR and CECELIA LAHR, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.:  22-cv-1372-GPC<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

　　　　On February 3, 2023, the Court granted Defendant's motion to dismiss Plaintiffs' complaint and permitted Plaintiffs to file an amended complaint no later than March 1, 2023. ECF No. 19. Nearly four months have passed since the Court's dismissal order and three months have passed since Plaintiffs' amended complaint was due. To date, Plaintiffs have not filed an amended complaint nor sought an extension of time to file one. *See Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [they] will not do so—is properly met with the

1

sanction of a Rule 41(b) dismissal."). Accordingly, the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiffs' failure to state a claim upon which relief can be granted and their failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court DIRECTS the Clerk of Court to enter final judgment of dismissal and to close the file.

**IT IS SO ORDERED.**

Dated: May 30, 2023

Hon. Gonzalo P. Curiel
United States District Judge