

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emir Balanzar, individually and on behalf of others similarly situated; Cecelia Lahr, individually and on behalf of others similarly situated<br><br>                                              **Plaintiff,**<br>V.<br><br>Fidelity Brokerage Services, LLC<br><br>                                              **Defendant.** | Civil Action No. 22-cv-01372-GPC-BGS<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiffs' failure to state a claim upon which relief can be granted and their failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The case is hereby closed.

**Date:**         5/31/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Olsen
                                                      J. Olsen, Deputy